JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GUILLEN, | ) Case No: 2:24-cv-07286-SK |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| MICHELLE KING, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 29, 2025

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE